No. 12,838.

NICOLAS *v.* CARRIGAN.
(298 Pac. 1069)

Decided May 4, 1931.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. EARLE BRYANT, for plaintiff in error.

Mr. L. C. KINIKIN, for defendant in error.